## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Elite Roof Group, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  87-1612500

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2467 E. Hill<br>Grand Blanc, MI 48439<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Genesee<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.eliteroofinggroup.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Elite Roof Group, LLC                                    Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | Elite Roof Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
        Contact name
        Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  Elite Roof Group, LLC                                      Case number (*if known*)
       Name

|   | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|   | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|   | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Elite Roof Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 14, 2023
MM / DD / YYYY

**X** /s/ Matthew Camargo                           Matthew Camargo
Signature of authorized representative of debtor    Printed name

Title  Sole Member

**18. Signature of attorney**

**X** /s/ Peter T. Mooney                            Date  December 14, 2023
Signature of attorney for debtor                     MM / DD / YYYY

Peter T. Mooney P47012 Simen, Figura & Parker, PLC
Printed name

Simen, Figura & Parker, PLC
Firm name

5206 Gateway Centre #200
Flint, MI 48507
Number, Street, City, State & ZIP Code

Contact phone  (810) 235-9000     Email address  pmooney@sfplaw.com

P47012 MI
Bar number and State

23-31987-jda    Doc 1    Filed 12/14/23    Entered 12/14/23 13:08:13    Page 5 of 10
Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In Re: | |
|---|---|
| Elite Roof Group, LLC | Case No: |
| | Chapter 11 |
| Debtor(s) | Honorable Joel D. Applebaum |

## AFFIDAVIT OF MATTHEW CAMARGO

Matthew Camargo after being duly sworn states as follows:

1. My name is Matthew Camargo, and I am the sole member of Elite Roof Group, LLC. I am over 18 years old, and am competent to testify as to the facts stated herein.

2. I am familiar with the books and records of Elite Roof Group, LLC.

3. As of the date of this Affidavit, there are no current balance sheets, statements of operations, or cash flow statements prepared for Elite Roof Group, LLC.

The affiant states that the above affidavit is true and correct to best of his knowledge, information and belief.

/s/ Matthew Camargo
Matthew Camargo

Date: 12/14/23

Sworn to and signed in my presence by Matthew Camargo on the _____ day of _____, 2023, who is personally known to me or has provided a valid Michigan Driver License or Michigan Identification.

/s/ Peter T. Mooney
Notary Public, Washtenaw County Michigan
My commission expires: 10-9-27
Acting in Genesee County

# SCHEDULE C
## (Form 1040)
Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)
- Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
- Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074
**2021**
Attachment Sequence No. **09**

Name of proprietor: **MATTHEW CAMARGO**
Social security number (SSN): [redacted]

| | | | |
|---|---|---|---|
| A | Principal business or profession, including product or service (see instructions) **ROOFING CONTRACTOR** | B | Enter code from instructions **238160** |
| C | Business name. If no separate business name, leave blank. **ELITE ROOF GROUP LLC** | D | Employer ID number (EIN) (see instr.) **87-1612500** |
| E | Business address (including suite or room no.) **2467 E HILL RD** City, town or post office, state, and ZIP code **GRAND BLANC MI 48439** | | |
| F | Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) | | |
| G | Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses | | [X] Yes [ ] No |
| H | If you started or acquired this business during 2021, check here | | |
| I | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | | [X] Yes [ ] No |
| J | If "Yes," did you or will you file required Form(s) 1099? | | [X] Yes [ ] No |

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked [ ] | 1 | 1,786,806 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,786,806 |
| 4 | Cost of goods sold (from line 42) | 4 | 1,376,138 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 410,668 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 410,668 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 32,797 | 18 | Office expense (see instructions) | 18 | 8,870 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | 42,615 |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 7,713 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | 12,498 | b | Deductible meals (see instructions) | 24b | 1,051 |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | 78,000 |
| b | Other | 16b | 21,693 | 27a | Other expenses (from line 48) | 27a | 91,147 |
| 17 | Legal and professional services | 17 | 12,612 | b | Reserved for future use | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a | | | | | 28 | 308,996 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 101,672 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 101,672 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.
DAA
Schedule C (Form 1040) 2021

MATTHEW CAMARGO                                                                 369-XX-1601

Schedule C (Form 1040) 2021       ROOFING CONTRACTOR                            Page **2**

## Part III  Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory:  **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ......................................................................... ☐ Yes ☐ No

| | | |
|---|---|---:|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 0 |
| **36** | Purchases less cost of items withdrawn for personal use | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | 639,043 |
| **38** | Materials and supplies | 737,095 |
| **39** | Other costs | |
| **40** | Add lines 35 through 39 | 1,376,138 |
| **41** | Inventory at end of year | 0 |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 1,376,138 |

## Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year) •

**44** Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

**a** Business                **b** Commuting (see instructions)                **c** Other

**45** Was your vehicle available for personal use during off-duty hours? ................................. ☐ Yes ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? .......................... ☐ Yes ☐ No
**47a** Do you have evidence to support your deduction? ............................................... ☐ Yes ☐ No
**b** If "Yes," is the evidence written? ............................................................. ☐ Yes ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| AUTO & TRUCK | 4,410 |
| BANK FEES | 12,121 |
| CLEANING & MAINTENACE | 9,249 |
| DUES & SUBCRIPTIONS | 564 |
| FUEL & OIL | 8,933 |
| PAYROLL PROCESSING FEES | 2,152 |
| POSTAGE | 1,265 |
| STORAGE | 2,662 |
| TELEPHONE | 4,709 |
| TRAVEL | 41,880 |
| UTILITIES | 3,202 |
| **48** Total other expenses. Enter here and on line 27a | 91,147 |

DAA                                                                   Schedule C (Form 1040) 2021

# United States Bankruptcy Court
### Eastern District of Michigan

In re    Elite Roof Group, LLC                      Case No.            
                                     Debtor(s)        Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 14, 2023                  /s/ Matthew Camargo
                                                          Matthew Camargo/Sole Member
                                                          Signer/Title

Aero Lift, Inc
2350 E. Buno
Milford, MI 48381


American Builders and Contractors Supply
c/o Matthew Norris
1027 S. Washington Ste B
Royal Oak, MI 48067


Harry Jones
c/o Lance Mason
400 Renaissance Ctr Ste 2600
Detroit, MI 48243


John F. Muller
33233 Woodward Ave
PO Box 3026
Birmingham, MI 48012


Skyworks, LLC
6656 Beverly Plaza,
Romulus, MI 48174


SRS
1701 Martin Luther King North
Saint Petersburg, FL 33704