# EXHIBIT A

Elite Roof Group

|  | Amount | Recovery |
|---|---:|---|
| Cash on hand/in deposot | $10,000.00 | 100% |
| Accounts Recievable | $58,000.00 | 75% |
| Office furniture | $500.00 | 50% |
| Desk, Video Equipment, Misc Furniture | $500.00 | 50% |
| Office equipment, computers etc. | $100.00 | 50% |
| Air compressor, nail guns and other tools | $2,000.00 | 50% |
| JobNimbus license | Not Marketable | 50% |
| Claim against Kendra Miller | $8,000.00 | 50% |
| Possible claim against Ray Raska | $0.00 | 50% |
| **Total assets (Chapter 11/7)** | **$79,100.00** | |

**Offsets/Deductions from gross**

| | |
|---|---:|
| Chapter 7 Trustee Commission (5%) | (10,019.43) |
| Costs of Sale (10%, personal property) | (5,905.00) |
| Chapter 7 Trustee Legal | (25,000.00) |
| Chapter 7 Trustee Accountant | (2,000.00) |
| **Amount available for unsecured claims** | **$16,125.57** |

### Chapter 7 Analysis

| Estimated liquidation proceeds |
|---:|
| $10000.00 |
| $43500.00 |
| $250.00 |
| $250.00 |
| $50.00 |
| $1000.00 |
| $0.00 |
| $4000.00 |
| $0.00 |

**$59,050.00**