Elite Roof Projections

| Revenues | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| Gross Sales | $1,080,000.00 | $1,080,000.00 | $1,458,000.00 | $1,458,000.00 | $1,895,400.00 |
| Cost of Materials | $388,800.00 | $388,800.00 | $524,880.00 | $524,880.00 | $682,344.00 |
| Gross Profit | $691,200.00 | $691,200.00 | $933,120.00 | $933,120.00 | $1,213,056.00 |
| **Operating Expenses** | | | | | |
| Compensation/Labor | $475,200.00 | $475,200.00 | $641,520.00 | $641,520.00 | $833,976.00 |
| Insurance | $23,200.00 | $23,200.00 | $31,320.00 | $31,320.00 | $40,716.00 |
| Auto | $26,400.00 | $26,400.00 | $35,640.00 | $35,640.00 | $46,332.00 |
| Travel/Entertainment | $20,000.00 | $20,000.00 | $27,000.00 | $27,000.00 | $30,000.00 |
| Supplies | $10,600.00 | $10,600.00 | $14,310.00 | $14,310.00 | $18,603.00 |
| Advertising | $25,000.00 | $25,000.00 | $33,750.00 | $33,750.00 | $43,875.00 |
| Taxes/Licenses | $15,000.00 | $15,000.00 | $20,250.00 | $20,250.00 | $20,500.00 |
| **Net** | **$95,800.00** | **$95,800.00** | **$129,330.00** | **$129,330.00** | **$179,054.00** |