UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: March, 2024

In re:                                                    Case Number: 23-31987-jda

**ELITE ROOF GROUP, LLC,**                               Chapter 11

         Debtor.                                          Hon. Joel D. Applebaum

_____/

As debtor in possession, I affirm:

1.   That I have reviewed the financial statements attached hereto, consisting of:

         X   Operating Statement              (Form 2)
         X   Balance Sheet                    (Form 3)
         X   Summary of Operations            (Form 4)
         X   Monthly Cash Statement           (Form 5)
         X   Statement of Compensation        (Form 6)
         X   Schedule of In-Force Insurance   (Form 7)

     and that they have been prepared in accordance with normal and customary accounting practices,
     and fairly and accurately reflect the debtor's financial activity for the period stated;

2.   That the insurance, including workers' compensation and unemployment insurance, as described
     in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in
     effect; and, (If not, attach a written explanation)     YES   X          NO_____

3.   That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting
     Requirements For Chapter 11 cases are current.
     (If not, attach a written explanation)                  YES   X          NO_____

4.   No professional fees (attorney, accountant, etc.) have been paid without specific court
     authorization.  (If not, attach a written explanation)  YES   X          NO_____

5.   All United States Trustee Quarterly fees have been paid and are current.
                                                             YES   NA         NO_____

6.   Have you filed your pre-petition tax returns.
     (If not, attach a written explanation)                  YES   X          NO_____

     I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

                                        _Matthew Camaren (Apr 11, 2024 10:50 EDT)_____
Dated:_____     Debtor in Possession


                                        _____        _____
                                        Title                          Phone

                                                                              *Form 1*

**OPERATING STATEMENT (P&L)**

Period Ending:_____

(see attached spreadsheet of revenues and expenses

Case No:  23-31987-jda

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | _____ | _____ |
| Cost of Sales | _____ | _____ |
| GROSS PROFIT | _____ | _____ |
| EXPENSES: | | |
| Officer Compensation | _____ | _____ |
| Salary Expenses other Employees | _____ | _____ |
| Employee Benefits & Pensions | _____ | _____ |
| Payroll Taxes | _____ | _____ |
| Other Taxes | _____ | _____ |
| Rent and Lease Expense | _____ | _____ |
| Interest Expense | _____ | _____ |
| Insurance | _____ | _____ |
| Automobile and Truck Expense | _____ | _____ |
| Utilities (gas, electric, phone) | _____ | _____ |
| Depreciation | _____ | _____ |
| Travel and Entertainment | _____ | _____ |
| Repairs and Maintenance | _____ | _____ |
| Advertising | _____ | _____ |
| Supplies, Office Expense, etc. | _____ | _____ |
| Other Specify | _____ | _____ |
| Other Specify | _____ | _____ |
| TOTAL EXPENSES: | _____ | _____ |
| NET OPERATING PROFIT/(LOSS) | _____ | _____ |
| Add:  Non-Operating Income: Interest Income | _____ | _____ |
| Other Income | _____ | _____ |
| Less:  Non-Operating Expenses: Professional Fees | _____ | _____ |
| Other | _____ | _____ |
| NET INCOME/(LOSS) | _____ | _____ |

*Form 2*

# MARCH, 2024 PROFIT AND LOSS

| TRANSACTION DESCRIPTION | DEBIT | CREDIT |
|---|---|---|
| BANK FEE | $15 | |
| OWNER CONTRIBUTION | | $500 |
| APPLE -SOFTWARE | $2.99 | |
| INCOME - SALES | $0 | $1,500 |
| HOME DEPOT | $453.73 | |
| DUMPSTER FE | $400 | |
| HOME DEPOT | $107.27 | |
| SPEEDWAY - GAS | $86.39 | |
| APPLE - SOFTWARE | $15.99 | |
| GOOGLE - SOFTWARE | $72.99 | |
| HOVER - SOFTWARE | $85.00 | |
| APPLE - SOFTWARE | $15.99 | |
| DEPOSIT - KINGSTON ROOFING | | $18,000 |
| CONTRACT LABOR | $8,000 | |
| BANK FEE | $25 | |
| MUGGS - FUEL | $104.32 | |
| MENARDS - MATERIALS | $427.24 | |
| MENARDS - MATERIALS | $1,522.20 | |
| BILL.COM | $0.04 | |
| BILL.COM | | 0.04 |
| CONTRACT LABOR | $4,860 | |
| DISPOSAL FEES | $44.41 | |
| GOOGLE - ADS | $511.03 | |
| MENARDS - MATERIALS | $232.20 | |
| INCOME - SALES | | $1,800 |
| MENARDS - MATERIALS | $2,527.51 | |
| BANK FEES | $45 | |
| INCOME - SALES | | $3,000 |
| GAS | $100.01 | |
| THINK MARKETING | $1,898 | |
| INDEED - SUBSCRIPTION | $77.71 | |
| HOME DEPOT - MATERIALS | $95.30 | |
| INCOME - SALES | | $4,000 |
| CONTRACT LABOR | $1,000 | |
| RENT - OFFICE | $1,450 | |
| AMAZON - EQUIPMENT | $1,144.79 | |
| DISPOSAL FEES | $85.71 | |

| Description | Expense | Income |
| --- | --- | --- |
| DISPOSAL FEES | $44.41 | |
| VISTA PRINT - BIZ CARDS | $46.15 | |
| MENARDS - MATERIALS | $87.42 | |
| INCOME - SALES | | $19,149 |
| HOME DEPOT | $126.97 | |
| BANK FEE | $25 | |
| INCOME - SALES | | $2,500 |
| CONTRACT LABOR | $12,500 | |
| DISPOSAL FEES | $188.74 | |
| FACEBOOK - ADS | $351.49 | |
| FACEBOOK - ADS | $48.54 | |
| MEALS | $54.92 | |
| ABC SUPPLY - MATERIALS | $2,318.58 | |
| CONTRACT LABOR | $7,803 | |
| OWNER CONTRIBUTION | | $6,500 |
| GAS | $108.50 | |
| HOME DEPOT | $46.92 | |
| HOME DEPOT | $472.78 | |
| HOME DEPOT | $38.67 | |
| INCOME - SALES | | $4,000 |
| INCOME - SALES | | $3,000 |
| BANK FEE | $25 | |
| BANK FEE | $15 | |
| CONTRACT LABOR | $8,300 | |
| INCOME - SALES | | $3,700 |
| BANK FEE | $25 | |
| HOMETOWNE CAPITAL - DUMP TRAILER | $1,030 | |
| INSURANCE | $75.11 | |
| HOME DEPOT | $8.91 | |
| GOOGLE - ADS | $500 | |
| CONTRACT LABOR | $5,000 | |
| CONTRACT LABOR | $700 | |
| BANK FEE | $45 | |
| OWNER CONTRIBUTION | | $100 |
| OWNER CONTRIBUTION | | $500 |
| BT CUSTOM - WORK SHIRTS | $600 | |
| CORPORATE FILINGS | $9 | |
| GOOGLE - ADS | $500 | |
| INCOME - SALES | | $10,525 |
| HOME DEPOT | $189.75 | |
| HOME DEPOT | $237.23 | |
| ROOFR - SOFTWARE | $12 | |
| CONTRACT LABOR | $150 | |

| Description | Amount | Income/Deposit |
|---|---|---|
| CONTRACT LABOR | $20 | |
| CONTRACT LABOR | $300 | |
| HOME DEPOT | $56.58 | |
| 800.COM - PHONE | $125.73 | |
| HOME DEPOT | $168.02 | |
| CORPORATE FILINGS | $9.00 | |
| MENARDS - MATERIALS | $122.96 | |
| ROOFR - SOFTWARE | $12 | |
| HOME DEPOT | $39.59 | |
| HOME DEPOT | $159.93 | |
| INCOME - SALES | | $9,024.10 |
| GAS | $32.19 | |
| CONTRACT LABOR | $9,000 | |
| CONTRACT LABOR | $1,693.00 | |
| CONTRACT LABOR | $1,161.00 | |
| GAS | $115.84 | |
| OWNER DRAW | $750 | |
| CONTRACT LABOR | $4,900 | |
| THUMBTACK - MARKETING | $117.16 | |
| HOME DEPOT | $480.22 | |
| OWNER CONTRIBUTION | | $800 |
| CONTRACT LABOR | $700 | |
| HOME DEPOT | $244.97 | |
| INCOME - SALES | | $4,500 |
| HOME DEPOT - REFUND | | $345.03 |
| MENARDS - MATERIALS | $77.36 | |
| LOWES - MATERIALS | $64.64 | |
| HOME DEPOT | $141.69 | |
| EXPEDIA - TRAVEL | $309.17 | |
| THUMBTACK - MARKETING | $94.12 | |
| ROOFR - SOFTWARE | $12 | |
| ROOFR - SOFTWARE | $12 | |
| THUMBTACK - MARKETING | $91.08 | |
| HOME DEPOT | $345.03 | |
| THUMBTACK - MARKETING | $62.78 | |
| GAS | $105.02 | |
| MENARDS - MATERIALS | $598.21 | |
| DEPOSIT - KINGSTON ROOFING | | $28,000 |
| CONTRACT LABOR | $8,314 | |
| PERMIT | $150 | |
| HOME DEPOT | $170.85 | |
| GAS | $50 | |
| MENARDS - MATERIALS | $828.54 | |

| | | |
|---|---|---|
| CONTRACT LABOR | $500 | |
| INTERNET | $546.97 | |
| INSURANCE | $657.56 | |
| OWNER DRAW | $300 | |
| GAS | $79.67 | |
| CONTRACT LABOR | $3,900 | |
| HOME DEPOT | $87.28 | |
| MEALS | $37.06 | |
| HOME DEPOT | $44.15 | |
| EXPEDIA - TRAVEL | $81.41 | |
| USPS - POSTAGE | $30.45 | |
| INCOME - SALES | | $23.658.52 |
| MENARDS - MATERIALS | $978.99 | |
| ROOFR - SOFTWARE | $300 | |
| GOOGLE - ADS | $500 | |
| PERMIT | $52 | |
| INCOME - SALES | | $10,950 |
| RENT - OFFICE | $1,350 | |
| INSURANCE | $10,662.48 | |
| INCOME - SALES | | $5,927 |
| CONTRACT LABOR | $14,756 | |
| CONTRACT LABOR | $1,968 | |
| CONTRACT LABOR | $3,000 | |
| CONTRACT LABOR | $4,000 | |
| EXPEDIA - TRAVEL | $621.67 | |
| ROOFR - SOFTWARE | $12 | |
| CONSUMERS - ELECTRIC | $255.68 | |
| ROOFR - SOFTWARE | $12 | |
| INCOME - SALES | | $18,200 |
| CONTRACT LABOR | $913 | |
| CONTRACT LABOR | $830 | |
| WAYFAIR - MATERIALS | $993.22 | |
| CONTRACT LABOR | $2,500 | |
| CONTRACT LABOR | $10,000 | |
| GAS | $90.48 | |
| ROOFR - REFUND | | $165.25 |
| GAS | $133.97 | |
| DISPOSAL FEES | $318 | |
| GOOGLE - SOFTWARE | $129.60 | |
| GAS | $70.06 | |
| HOME DEPOT | $93.23 | |
| STORAGE UNIT -RENT | $530 | |
| GAS | $90.59 | |

| | | |
|---|---:|---:|
| PRINTING | $38.16 | |
| INSURANCE | $2,400 | |
| OWNER DRAW | $6,000 | |
| CONTRACT LABOR | $3,000 | |
| CONTRACT LABOR | $217 | |
| EXPEDIA - TRAVEL | $362 | |
| ROOFR - SOFTWARE | $12 | |
| GAS | $86.53 | |
| ROOFR | $12 | |
| CONTRACT LABOR | $1,455 | |
| EXPEDIA - TRAVEL | $881.67 | |
| CONTRACT LABOR | $710 | |
| BANK FEE | $15 | |
| CONTRACT LABOR | $700 | |
| GAS | $102.76 | |
| JOB NIMBUS - CRM -SOFTWARE | $479 | |
| CONTRACT LABOR | $658 | |
| DUMPSTER FE | $525 | |
| OWNER CONTRIBUTION | | $2,000 |
| BANK FEE | $25 | |
| CONTRACT LABOR | $1,478 | |
| OWNER CONTRIBUTION | | $1,000 |
| APPLE - SOFTWARE | $2.99 | |
| REGISTRATION - TAGS | $94.70 | |
| FACEBOOK - ADS | $900.32 | |
| HOME DEPOT | $54.20 | |
| GOOGLE - ADS | $500 | |
| HOME DEPOT | $254.04 | |
| ROCKET LAWYER - SOFTWARE | $5 | |
| OWNER CONTRIBUTION | | $1,000 |
| INCOME - SALES | | $7,338 |
| INSURANCE - OHIO | $1,359.50 | |
| CONTRACT LABOR | $875 | |
| CONTRACT LABOR | $1,165 | |
| HOME DEPOT | $22.30 | |
| MATERIALS | $227.36 | |
| CONTRACT LABOR | $682 | |
| CONTRACT LABOR | $1,271 | |
| INCOME - SALES | | $29,950 |
| CONTRACT LABOR | $620 | |
| CONTRACT LABOR | $550 | |
| CONTRACT LABOR | $2,500 | |
| GAS | $100 | |

| | | |
|---|---|---|
| CONTRACT LABOR | $7,500 | |
| OWNER CONTRIBUTION | | $5,000 |
| CONTRACT LABOR | $2,500 | |
| HOME DEPOT | $76.77 | |
| GAS | $58.88 | |
| PHONES | $829.60 | |
| MENARDS - MATERIALS | $235.15 | |
| HOME DEPOT | $140.13 | |
| HOME DEPOT | $328.36 | |
| MODERNIZE - LEADS | $660 | |
| EXPEDIA - TRAVEL | $884.58 | |
| | | |
| **TOTALS** | **$203,704** | **$228,122.53** |
| | | |
| **NET PROFIT** | | **24,418.53** |

# BALANCE SHEET

Period Ending:_____

Case No:  23-31987-jda

| | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| | | | |
| **Cash:** | | | |
| **Inventory:** | | | |
| **Accounts Receivables:** | | | |
| **Insider Receivables** | | | |
| **Land and Buildings:** | | | |
| **Furniture, Fixtures & Equip:** | | | |
| **Accumulated Depreciation:** | | | |
| **Other:** | | | |
| **Other:** | | | |
| **TOTAL ASSETS:** | | | |
| | | | |
| **LIABILITIES:** | | | |
| **Post-petition Liabilities:** | | | |
| **Accounts Payable:** | | | |
| **Rent and Lease Payable:** | | | |
| **Wages and Salaries:** | | | |
| **Taxes Payable:** | | | |
| **Other:** | | | |
| **TOTAL Post-petition Liabilities** | | | |
| | | | |
| **Secured Liabilities:** | | | |
| **Subject to Post-petition** | | | |
| **Collateral or Financing Order** | | | |
| **All Other Secured Liabilities** | | | |
| **TOTAL Secured Liabilities** | | | |
| | | | |
| **Pre-petition Liabilities:** | | | |
| **Taxes & Other Priority Liabilities** | | | |
| **Unsecured Liabilities:** | | | |
| **Other:** | | | |
| **TOTAL Pre-petition Liabilities** | | | |
| | | | |
| **Equity:** | | | |
| **Owners Capital:** | | | |
| **Retained Earnings-Pre Petition.** | | | |
| **Retained Earnings-Post Petition.** | | | |
| | | | |
| **TOTAL Equity:** | | | |
| | | | |
| **TOTAL LIABILITIES** | | | |
| | | | |
| **/AND EQUITY** | | | |

*Form 3*

Period Ended:_____

Case No: 23-31987-jda

Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | | | |
| State: | 0 | | | |
| Local: | 0 | | | |
| **FICA Withheld:** | | | | |
| **Employers FICA:** | | | | |
| **Unemployment Tax:** | | | | |
| Federal: | 0 | | | |
| State: | | | | |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | 0 | | | |
| **Workers' Compensation** | | | | |
| **Other:** | | | | |
| **TOTALS:** | | | | |

AGING OF ACCOUNTS RECEIVABLE
AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | | | |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____
_____
_____
_____
_____

*Form 4*

# MONTHLY CASH STATEMENT

Period Ending:_____

Cash Activity Analysis (Cash Basis Only):                              Case No:  23-31987-jda

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | _____ | _____ | _____ | _____ | _____ |
| B. Receipts (Attach separate schedule) | _____ | _____ | _____ | _____ | _____ |
| C. Balance Available (A + B) | _____ | _____ | _____ | _____ | _____ |
| D. Less Disbursements (Attach separate schedule) | _____ | _____ | _____ | _____ | _____ |
| E. ENDING BALANCE (C - D) | _____ | _____ | _____ | _____ | _____ |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below.  This is the number that will determine your quarterly fee payment.  $_____**

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

    1.  Depository Name & Location _____

    2.  Account Number        _____

Payroll Account:

    1.  Depository Name & Location _____

    2.  Account Number        _____

Tax Account:

    1.  Depository Name & Location _____

    2.  Account Number        _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_____

_____

Date: _____

                    _____

                    Debtor in Possession

*Form 5*

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**

Period Ending:_____

Case No: 23-31987-jda

     The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession.  (Attach additional pages if necessary.)

Name:___Matthew Camargo_____

Capacity:     __x____ Shareholder
                     _____ Officer
                     _____ Director
                     _____ Insider

Detailed Description of Duties:___In charge of all operations_____
_____
_____

| | Weekly | or | Monthly |
|---|---|---|---|
| **Current Compensation Paid:** | _____ | | 6,750.00 _____ |
| | | | |
| **Current Benefits Paid:** | Weekly _____ | or | Monthly _____ |
| Health Insurance | _____ | | _____ |
| Life Insurance | _____ | | _____ |
| Retirement | _____ | | _____ |
| Company Vehicle | _____ | | _____ |
| Entertainment | _____ | | _____ |
| Travel | _____ | | _____ |
| Other Benefits | _____ | | _____ |
| Total Benefits | _____ | | _____ |
| | | | |
| **Current Other Payments Paid:** | Weekly _____ | or | Monthly _____ |
| | | | |
| Rent Paid | _____ | | _____ |
| Loans | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Total Other Payments | | | |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly _____ | or | Monthly _____ |

Dated: _____

_____
Principal, Officer, Director, or Insider

*Form 6*

**SCHEDULE OF IN-FORCE INSURANCE**

Period Ending:_____

Case No:  23-31987-jda

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Accident Fund | 6-14-24 |
| General Business Policy | Admiral | 6-14-24 |
| Commercial Auto | Auto Owners | 6-15-24 |

*Form 7*



**ELGA CREDIT UNION**

6065 Grand Pointe Blvd
Grand Blanc, MI 48439
(810) 715-3542
(800) 882-6457
www.ELGACU.com

TEMP-RETURN SERVICE REQUESTED

ELITE ROOF GROUP LLC DEBTOR IN POSSESSIO
MATTHEW N CAMARGO
7249 PONDEROSA DR
SWARTZ CREEK MI 48473-9426



## ACCOUNT SUMMARY

| Shares | Beginning Balance | Total Withdrawals | Total Deposits | Ending Balance |
|---|---|---|---|---|
| 0001 BUSINESS MEMBERSHIP SHARE | 5.00 | 0.00 | 0.03 | 5.03 |
| 0050 BUSINESS CHECKING | -92.26 | -204,687.04 | 228,123.13 | 23,343.83 |
| 0051 PAYROLL BUSINESS CHECKING | 0.00 | -2,500.00 | 2,500.00 | 0.00 |

## ID 0001 - BUSINESS MEMBERSHIP SHARE                     Dividends Paid YTD: 0.03

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 03/01/2024 | **Balance Forward** | | | **5.00** |
| 03/31/2024 | Deposit Dividend | | 0.03 | 5.03 |
| | Annual Percentage Yield Earned 0.080% from 01/02/2024 through 03/31/2024 | | | |
| 03/31/2024 | **Ending Balance** | | | **5.03** |
| | 0 Withdrawal(s) = 0.00   1 Deposit(s) = 0.03 | | | |

## ID 0050 - BUSINESS CHECKING                     Dividends Paid YTD: 0.87

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 03/01/2024 | **Balance Forward** | | | **-92.26** |
| 03/01/2024 | Withdrawal NSF FEE 1046 | -15.00 | | -107.26 |
| | In the amount $600.00. | | | |
| 03/01/2024 | Deposit at ATM #108266 | | 500.00 | 392.74 |
| | ELGA_CREDIT_UNION 5072 Corunna Road Flint MI 906010 | | | |
| 03/01/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -2.99 | | 389.75 |
| | APPLE.COM/BILL 866-712-7753 CA | | | |
| 03/02/2024 | Deposit at ATM #108628 | | 1,500.00 | 1,889.75 |
| | ELGA_CREDIT_UNION 5072 Corunna Road Flint MI 906010 | | | |
| 03/03/2024 | Withdrawal POS #402301 | -453.73 | | 1,436.02 |





## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------|---------|---------|
| 03/03/2024 | THE HOME DEPOT #2741 15255 SILVER PARKWAY FENTON MI Withdrawal at ATM #004264 | -400.00 | | 1,036.02 |
| 03/03/2024 | GENISYS CU 15405 SILVER PARKWAY FENTON MI CKH3611 Withdrawal POS #120001 | -107.27 | | 928.75 |
| 03/03/2024 | THE HOME DEPOT #2741 15255 SILVER PARKWAY FENTON MI Withdrawal Debit Card VISA CHECK CARD | -86.39 | | 842.36 |
| 03/03/2024 | Speedway 1020 Irish Rd Davison MI Withdrawal Debit Card VISA CHECK CARD | -15.99 | | 826.37 |
| 03/03/2024 | APPLE.COM/BILL 866-712-7753 CA Recurring Withdrawal Debit Card VISA CHECK CARD | -72.99 | | 753.38 |
| 03/03/2024 | GOOGLE *YouTube TV g.co/helppay# CA Withdrawal Debit Card VISA CHECK CARD | -85.00 | | 668.38 |
| 03/03/2024 | HOVER JOB 11405655 HTTPSWWW.HOVE CA Recurring Withdrawal Debit Card VISA CHECK CARD | -15.89 | | 652.49 |
| 03/03/2024 | APPLE.COM/BILL 866-712-7753 CA | | | |
| 03/04/2024 | Deposit Wire 0000044136 | | 18,000.00 | 18,652.49 |
| 03/04/2024 | Withdrawal | -25.00 | | 18,627.49 |
| 03/04/2024 | Withdrawal Wire 0000044141 | -8,000.00 | | 10,627.49 |
| 03/04/2024 | Withdrawal Debit Card VISA CHECK CARD | -104.32 | | 10,523.17 |
| 03/04/2024 | MUGG & BOPPS 17 11055 HIGHLAND ROAD HARTLA Withdrawal Debit Card VISA CHECK CARD | -427.24 | | 10,095.93 |
| 03/04/2024 | MNRD-DAVISON 7410 E. C DAVISON MI Draft 52 | -1,522.20 | | 8,573.73 |
| 03/05/2024 | Deposit ACH Bill.com | | 0.04 | 8,573.77 |
| 03/05/2024 | TYPE: ACCTVERIFY ID: 2204895317 CO: Bill.com Withdrawal ACH Bill.com | -0.04 | | 8,573.73 |
| 03/05/2024 | TYPE: ACCTVERIFY ID: 2204895317 CO: Bill.com Withdrawal by Check | -4,860.00 | | 3,713.73 |
| 03/05/2024 | Withdrawal Debit Card VISA CHECK CARD | -44.41 | | 3,669.32 |
| 03/05/2024 | CITIZEN DISPOSAL GRAND BLANC MI Recurring Withdrawal Debit Card VISA CHECK CARD | -511.03 | | 3,158.29 |
| 03/05/2024 | Google ADS6214060339 650-2530000 CA Withdrawal Debit Card VISA CHECK CARD | -232.20 | | 2,926.09 |
| 03/05/2024 | MNRD-DAVISON 7410 E. C DAVISON MI Deposit | | 1,800.00 | 4,726.09 |
| 03/05/2024 | Draft 103 | -2,527.51 | | 2,198.58 |
| 03/06/2024 | Withdrawal NSF FEE 1031 | -15.00 | | 2,183.58 |
| 03/06/2024 | In the amount $800.00. Withdrawal NSF FEE 1036 | -15.00 | | 2,168.58 |
| 03/06/2024 | In the amount $1,500.00. Withdrawal NSF FEE 1049 | -15.00 | | 2,153.58 |
| 03/06/2024 | In the amount $3,950.00. Deposit | | 3,000.00 | 5,153.58 |
| 03/06/2024 | Withdrawal Debit Card VISA CHECK CARD | -100.01 | | 5,053.57 |
| 03/06/2024 | BEACON AND BRIDGE MRKT 1 4514 W GRAND BLAN Withdrawal Debit Card VISA CHECK CARD | -1,898.00 | | 3,155.57 |
| 03/06/2024 | IN *THINK MARKETING AN 989-3304431 MI Withdrawal Debit Card VISA CHECK CARD | -77.71 | | 3,077.86 |
| 03/06/2024 | Indeed 89698095 800-4625842 TX Withdrawal Debit Card VISA CHECK CARD | -95.30 | | 2,982.56 |
| 03/06/2024 | THE HOME DEPOT #2741 FENTON MI Deposit | | 4,000.00 | 6,982.56 |
| 03/06/2024 | Draft 1032 | -1,000.00 | | 5,982.56 |
| 03/06/2024 | Draft 1053 | -1,450.00 | | 4,532.56 |
| 03/07/2024 | Withdrawal Debit Card VISA CHECK CARD | -1,144.79 | | 3,387.77 |
| 03/07/2024 | AMAZON.COM*R649K7460 SEATTLE WA Withdrawal Debit Card VISA CHECK CARD | -85.71 | | 3,302.06 |
| 03/07/2024 | CITIZEN DISPOSAL GRAND BLANC MI Withdrawal Debit Card VISA CHECK CARD | -44.41 | | 3,257.65 |
| | CITIZEN DISPOSAL GRAND BLANC MI | | | |



## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------:|--------:|--------:|
| 03/07/2024 | Withdrawal Debit Card VISA CHECK CARD | -46.15 | | 3,211.50 |
| | VISTAPRINT 866-207-4955 MA | | | |
| 03/07/2024 | Withdrawal Debit Card VISA CHECK CARD | -87.42 | | 3,124.08 |
| | MNRD-DAVISON 7410 E. C DAVISON MI | | | |
| 03/08/2024 | Deposit ACH ERIE CONSTRUCTIO | | 19,149.00 | 22,273.08 |
| | TYPE: PAYABLES ID: 9789997001 CO: ERIE CONSTRUCTIO | | | |
| 03/08/2024 | Withdrawal POS #444801 | -126.97 | | 22,146.11 |
| | THE HOME DEPOT #2763 1222 WEST HILL RD FLINT MI | | | |
| 03/08/2024 | Withdrawal | -25.00 | | 22,121.11 |
| 03/08/2024 | Deposit | | 2,500.00 | 24,621.11 |
| 03/08/2024 | Withdrawal Wire 0000044263 | -12,500.00 | | 12,121.11 |
| 03/08/2024 | Withdrawal Debit Card VISA CHECK CARD | -188.74 | | 11,932.37 |
| | CITIZEN DISPOSAL GRAND BLANC MI | | | |
| 03/08/2024 | Withdrawal Debit Card VISA CHECK CARD | -351.49 | | 11,580.88 |
| | FACEBK EYNK3YKRA2 650-5434800 CA | | | |
| 03/08/2024 | Withdrawal Debit Card VISA CHECK CARD | -48.54 | | 11,532.34 |
| | FACEBK RKNJAX7RA2 650-5434800 CA | | | |
| 03/08/2024 | Withdrawal Debit Card VISA CHECK CARD | -54.92 | | 11,477.42 |
| | HILL ROAD GRILLE FLINT MI | | | |
| 03/08/2024 | Withdrawal Debit Card VISA CHECK CARD | -2,318.58 | | 9,158.84 |
| | ABC SUPPLY CO BRANCH 5 DETROIT MI | | | |
| 03/08/2024 | Withdrawal by Check | -7,803.00 | | 1,355.84 |
| 03/09/2024 | Deposit Transfer | | 6,500.00 | 7,855.84 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 | | | |
| 03/09/2024 | Withdrawal Debit Card VISA CHECK CARD | -108.50 | | 7,747.34 |
| | BEACON AND BRIDGE MRKT 1 4514 W GRAND BLAN | | | |
| 03/10/2024 | Withdrawal Debit Card VISA CHECK CARD | -46.92 | | 7,700.42 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/10/2024 | Withdrawal Debit Card VISA CHECK CARD | -472.78 | | 7,227.64 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/10/2024 | Withdrawal Debit Card VISA CHECK CARD | -38.67 | | 7,188.97 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/11/2024 | Deposit | | 4,000.00 | 11,188.97 |
| 03/11/2024 | Withdrawal | -25.00 | | 11,163.97 |
| 03/11/2024 | Deposit | | 3,000.00 | 14,163.97 |
| 03/11/2024 | Withdrawal NSF FEE 1 | -15.00 | | 14,148.97 |
| | In the amount $6,251.47. | | | |
| 03/11/2024 | Withdrawal Wire 0000044298 | -8,300.00 | | 5,848.97 |
| 03/11/2024 | Deposit | | 3,700.00 | 9,548.97 |
| 03/11/2024 | Withdrawal | -25.00 | | 9,523.97 |
| 03/11/2024 | Withdrawal Debit Card VISA CHECK CARD | -1,030.00 | | 8,493.97 |
| | HOMETOWNE CAPITAL 615-8009992 TN | | | |
| 03/11/2024 | Withdrawal Bill Payment #699489 | -75.11 | | 8,418.86 |
| | PROGRESSIVE *INSURANCE 800-776-4737 OH | | | |
| 03/11/2024 | Withdrawal Debit Card VISA CHECK CARD | -8.91 | | 8,409.95 |
| | THE HOME DEPOT #2763 FLINT MI | | | |
| 03/11/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -500.00 | | 7,909.95 |
| | Google ADS9962913600 650-2530000 CA | | | |
| 03/11/2024 | Withdrawal Wire 0000044314 | -5,000.00 | | 2,909.95 |
| 03/11/2024 | Draft 1059 | -700.00 | | 2,209.95 |
| 03/12/2024 | Withdrawal NSF Fee | -15.00 | | 2,194.95 |
| | In the amount $471.77 CARMAX AUTO FINA | | | |
| 03/12/2024 | Withdrawal NSF Fee | -15.00 | | 2,179.95 |
| | In the amount $1,875.52 AUTO OWNERS INS | | | |
| 03/12/2024 | Withdrawal NSF Fee | -15.00 | | 2,164.95 |
| | In the amount $5,271.87 IPFS866-412-2431 | | | |
| 03/12/2024 | Deposit Debit Card | | 100.00 | 2,264.95 |
| | ZEL*VERONICA CAMPANARO Visa Direct AZ Date 03/12/24 | | | |
| | 407213714410 6012 | | | |
| 03/12/2024 | Deposit Transfer | | 500.00 | 2,764.95 |




## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------|---------|---------|
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13166987] | | | |
| 03/12/2024 | Withdrawal Debit Card VISA CHECK CARD BT CUSTOM EMBROI 3209 FLINT MI | -600.00 | | 2,164.95 |
| 03/12/2024 | Withdrawal Debit Card VISA CHECK CARD CORPORATE FILINGS LLC 888-7898466 WY | -9.00 | | 2,155.95 |
| 03/12/2024 | Withdrawal Debit Card VISA CHECK CARD GOOGLE*ADS9962913600 CC GOOGLE.COM CA | -500.00 | | 1,655.95 |
| 03/13/2024 | Deposit by Check | | 10,525.00 | 12,180.95 |
| 03/13/2024 | Withdrawal Debit Card VISA CHECK CARD THE HOME DEPOT #2741 FENTON MI | -189.75 | | 11,991.20 |
| 03/13/2024 | Withdrawal Debit Card VISA CHECK CARD THE HOME DEPOT #2741 FENTON MI | -237.23 | | 11,753.97 |
| 03/13/2024 | Withdrawal Bill Payment #587735 ROOFR INC. ROOFR.COM CA | -12.00 | | 11,741.97 |
| 03/13/2024 | Withdrawal Debit Card VISA CHECK CARD ZEL*VERONICA CAMPANARO Visa Direct AZ | -150.00 | | 11,591.97 |
| 03/13/2024 | Withdrawal Debit Card VISA CHECK CARD ZEL*VERONICA CAMPANARO Visa Direct AZ | -20.00 | | 11,571.97 |
| 03/13/2024 | Withdrawal Debit Card VISA CHECK CARD ZEL*CELIO LOPEZ Visa Direct AZ | -300.00 | | 11,271.97 |
| 03/14/2024 | Withdrawal POS #931901 THE HOME DEPOT #2741 15255 SILVER PARKWAY FENTON MI | -56.58 | | 11,215.39 |
| 03/14/2024 | Withdrawal Debit Card VISA CHECK CARD 800.COM, LLC 800-800-4321 FL | -125.73 | | 11,089.66 |
| 03/14/2024 | Withdrawal Debit Card VISA CHECK CARD THE HOME DEPOT #2741 FENTON MI | -168.02 | | 10,921.64 |
| 03/14/2024 | Withdrawal Debit Card VISA CHECK CARD CORPORATE FILINGS LLC 888-7898466 WY | -9.00 | | 10,912.64 |
| 03/14/2024 | Withdrawal Debit Card VISA CHECK CARD MNRD-DAVISON 7410 E. C DAVISON MI | -122.96 | | 10,789.68 |
| 03/14/2024 | Withdrawal Bill Payment #696548 ROOFR INC. ROOFR.COM CA | -12.00 | | 10,777.68 |
| 03/14/2024 | Withdrawal Debit Card VISA CHECK CARD THE HOME DEPOT #2741 FENTON MI | -39.59 | | 10,738.09 |
| 03/14/2024 | Withdrawal POS #526001 THE HOME DEPOT #2716 4380 W CORUNNA RD FLINT MI | -159.93 | | 10,578.16 |
| 03/15/2024 | Deposit ACH ERIE CONSTRUCTIO TYPE: PAYABLES ID: 9789997001 CO: ERIE CONSTRUCTIO | | 9,024.10 | 19,602.26 |
| 03/15/2024 | Withdrawal Debit Card VISA CHECK CARD BEACON AND BRIDGE MRKT 1 4514 W GRAND BLAN | -32.19 | | 19,570.07 |
| 03/15/2024 | Withdrawal | -9,000.00 | | 10,570.07 |
| 03/15/2024 | Withdrawal by Check | -1,693.00 | | 8,877.07 |
| 03/15/2024 | Withdrawal by Check | -1,161.00 | | 7,716.07 |
| 03/15/2024 | Withdrawal Debit Card VISA CHECK CARD BP#1925000CHILLBOX 9025 27730 ORCHARD LAKE | -115.84 | | 7,600.23 |
| 03/15/2024 | Withdrawal Transfer To CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13210717] | -750.00 | | 6,850.23 |
| 03/15/2024 | Withdrawal | -4,900.00 | | 1,950.23 |
| 03/15/2024 | Withdrawal Debit Card VISA CHECK CARD THUMBTACK 3473684486 THUMBTACK.COM CA | -117.16 | | 1,833.07 |
| 03/15/2024 | Withdrawal Debit Card VISA CHECK CARD HOMEDEPOT.COM 800-430-3376 GA | -480.22 | | 1,352.85 |
| 03/15/2024 | Deposit Transfer From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13212676] | | 100.00 | 1,452.85 |
| 03/15/2024 | Draft 1062 OnUs Draft | -700.00 | | 752.85 |
| 03/15/2024 | Deposit Transfer | | 400.00 | 1,152.85 |



## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------|---------|---------|
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13212929] | | | |
| 03/15/2024 | Deposit Transfer | | 300.00 | 1,452.85 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13215631] | | | |
| 03/15/2024 | Withdrawal POS #104901 | -244.97 | | 1,207.88 |
| | THE HOME DEPOT #2763 1222 WEST HILL RD FLINT MI | | | |
| 03/16/2024 | Deposit | | 4,500.00 | 5,707.88 |
| 03/17/2024 | Withdrawal Adjustment Debit Card Credit Voucher | $345.03 | | 6,052.91 |
| | THE HOME DEPOT 2721 YPSILANTI MI | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -77.36 | | 5,975.55 |
| | MNRD-DAVISON 7410 E. C DAVISON MI | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -64.64 | | 5,910.91 |
| | LOWE'S #2570 NEW HUDSON MI | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -141.69 | | 5,769.22 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -309.17 | | 5,460.05 |
| | EXPEDIA 72782710084020 EXPEDIA.COM WA | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -94.12 | | 5,365.93 |
| | THUMBTACK 3473684486 THUMBTACK.COM CA | | | |
| 03/17/2024 | Withdrawal Bill Payment #488348 | -12.00 | | 5,353.93 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/17/2024 | Withdrawal Bill Payment #511156 | -12.00 | | 5,341.93 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -91.08 | | 5,250.85 |
| | THUMBTACK 3473684486 THUMBTACK.COM CA | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -345.03 | | 4,905.82 |
| | THE HOME DEPOT #2721 YPSILANTI MI | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -62.78 | | 4,843.04 |
| | THUMBTACK 3473684486 THUMBTACK.COM CA | | | |
| 03/17/2024 | Withdrawal Debit Card VISA CHECK CARD | -105.02 | | 4,738.02 |
| | BEACON AND BRIDGE MRKT 1 4514 W GRAND BLAN | | | |
| 03/18/2024 | Draft 103 | -598.21 | | 4,139.81 |
| 03/18/2024 | Deposit by Check | | 28,000.00 | 32,139.81 |
| 03/18/2024 | Withdrawal by Check | -8,314.00 | | 23,825.81 |
| 03/18/2024 | Withdrawal Debit Card VISA CHECK CARD | -150.00 | | 23,675.81 |
| | MI PERMIT LIC PLAN REV 517-2419313 MI | | | |
| 03/18/2024 | Withdrawal Debit Card VISA CHECK CARD | -170.85 | | 23,504.96 |
| | THE HOME DEPOT #2702 WARREN MI | | | |
| 03/18/2024 | Withdrawal Debit Card VISA CHECK CARD | -50.00 | | 23,454.96 |
| | BEACON AND BRIDGE MRKT 1 4514 W GRAND BLAN | | | |
| 03/18/2024 | Draft 1060 | -828.54 | | 22,626.42 |
| 03/19/2024 | Withdrawal Debit Card VISA CHECK CARD | -500.00 | | 22,126.42 |
| | ZEL*KASIMER RODGERS Visa Direct AZ | | | |
| 03/19/2024 | Withdrawal Bill Payment #607231 | -546.97 | | 21,579.45 |
| | COMCAST 800-934-6489 MI | | | |
| 03/19/2024 | Withdrawal Bill Payment #673280 | -657.56 | | 20,921.89 |
| | PROGRESSIVE INS 855-758-0945 OH | | | |
| 03/19/2024 | Withdrawal at ATM #101901 | -300.00 | | 20,621.89 |
| | ELGA_CREDIT_UNION 5072 Corunna Road Flint MI 906010 | | | |
| 03/19/2024 | Withdrawal Debit Card VISA CHECK CARD | -79.67 | | 20,542.22 |
| | BEACON AND BRIDGE MRKT 1 4514 W GRAND BLAN | | | |
| 03/20/2024 | Withdrawal by Check | -3,900.00 | | 16,642.22 |
| 03/20/2024 | Withdrawal POS #445501 | -87.28 | | 16,554.94 |
| | THE HOME DEPOT #2763 1222 WEST HILL RD FLINT MI | | | |
| 03/20/2024 | Withdrawal Debit Card VISA CHECK CARD | -37.06 | | 16,517.88 |
| | LITTLE CAESARS 3454-00 810-635-2997 MI | | | |
| 03/20/2024 | Withdrawal Debit Card VISA CHECK CARD | -44.15 | | 16,473.73 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/20/2024 | Withdrawal Debit Card VISA CHECK CARD | -81.41 | | 16,392.32 |



**ID 0050 - BUSINESS CHECKING (Continued)**

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------|---------|---------|
| | EXPEDIA 72785811716665 EXPEDIA.COM WA | | | |
| 03/21/2024 | Withdrawal POS #015917 | -30.45 | | 16,361.87 |
| | USPS PO 2532970528 2500 S LINDEN RD FLINT MI | | | |
| 03/21/2024 | Deposit by Check | | 23,658.52 | 40,020.39 |
| 03/21/2024 | Withdrawal Debit Card VISA CHECK CARD | -978.99 | | 39,041.40 |
| | MENARDS IOWA CITY IA 715-876-6378 IA | | | |
| 03/21/2024 | Recurring Withdrawal Bill Payment #992741 | -300.00 | | 38,741.40 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/21/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -500.00 | | 38,241.40 |
| | Google ADS6214060339 650-2530000 CA | | | |
| 03/21/2024 | Withdrawal Debit Card VISA CHECK CARD | -52.00 | | 38,189.40 |
| | LIVINGSTON COUNTY BUIL 888-8916064 MI | | | |
| 03/21/2024 | Deposit ACH MerchPayout SV95 | | 10,950.60 | 49,140.00 |
| | TYPE: 8662240369 ID: 1043575881 DATA: 2632631263124 CO: | | | |
| | MerchPayout SV95 | | | |
| 03/21/2024 | Draft 1028 | -1,350.00 | | 47,790.00 |
| 03/21/2024 | Draft 1054 | -10,662.48 | | 37,127.52 |
| 03/22/2024 | Deposit ACH ERIE CONSTRUCTIO | | 5,927.00 | 43,054.52 |
| | TYPE: PAYABLES ID: 9789997001 CO: ERIE CONSTRUCTIO | | | |
| 03/22/2024 | Withdrawal by Check | -14,756.00 | | 28,298.52 |
| 03/22/2024 | Withdrawal by Check | -1,968.00 | | 26,330.52 |
| 03/22/2024 | Withdrawal | -3,000.00 | | 23,330.52 |
| 03/22/2024 | Draft 1056 | -4,000.00 | | 19,330.52 |
| | OnUs Draft | | | |
| 03/22/2024 | Withdrawal Debit Card VISA CHECK CARD | -621.67 | | 18,708.85 |
| | EXPEDIA 72787508952803 EXPEDIA.COM WA | | | |
| 03/22/2024 | Withdrawal Bill Payment #965231 | -12.00 | | 18,696.85 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/22/2024 | Withdrawal Bill Payment #178239 | -255.68 | | 18,441.17 |
| | CONSUMER ENERGY 800-477-5050 MI | | | |
| 03/22/2024 | Withdrawal Bill Payment #994417 | -12.00 | | 18,429.17 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/22/2024 | Deposit Wire 0000044645 | | 18,200.00 | 36,629.17 |
| 03/22/2024 | Draft 1075 | -913.00 | | 35,716.17 |
| | OnUs Draft | | | |
| 03/22/2024 | Draft 1074 | -830.00 | | 34,886.17 |
| | OnUs Draft | | | |
| 03/22/2024 | Withdrawal Debit Card VISA CHECK CARD | -993.22 | | 33,892.95 |
| | WF *WAYFAIR4237087213 BOSTON MA | | | |
| 03/22/2024 | Draft 1065 | -2,500.00 | | 31,392.95 |
| 03/23/2024 | Draft 1083 | -10,000.00 | | 21,392.95 |
| | OnUs Draft | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -90.48 | | 21,302.47 |
| | Ameristop 2790 STRUBLE ROAD US CINCINNATI | | | |
| 03/24/2024 | Recurring Withdrawal Adjustment Debit Card Credit Voucher | $165.25 | | 21,467.72 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -133.97 | | 21,333.75 |
| | MOBIL 1 FLINT HILL 810-239-8150 MI | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -318.00 | | 21,015.75 |
| | IN *EXTERIOR PROPERTY 304-9166117 WV | | | |
| 03/24/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -129.60 | | 20,886.15 |
| | Google Domains 650-2530000 CA | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -70.06 | | 20,816.09 |
| | CIRCLE K 05292 CINCINNATI OH | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -93.23 | | 20,722.86 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -530.00 | | 20,192.86 |
| | PY *4U Storage LLC 810-2871987 MI | | | |
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -90.59 | | 20,102.27 |
| | BEACON AND BRI SWARTZ CREEK MI | | | |


## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------:|--------:|--------:|
| 03/24/2024 | Withdrawal Debit Card VISA CHECK CARD | -38.16 | | 20,064.11 |
| | BURTON IMAGING & GRAPH 810-733-1300 MI | | | |
| 03/25/2024 | Withdrawal ACH PROG MICHIGAN | -2,400.40 | | 17,663.71 |
| | TYPE: INS PREM ID: 9409348112 DATA: BRANCH43DEBIT ACH | | | |
| | CO: PROG MICHIGAN NAME: MATTHEW N CAMARGO | | | |
| 03/25/2024 | Withdrawal Transfer | -6,000.00 | | 11,663.71 |
| | To CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home | | | |
| | Banking[13310809] | | | |
| 03/25/2024 | Draft 1067 | -3,000.00 | | 8,663.71 |
| 03/25/2024 | Draft 1078 | -217.00 | | 8,446.71 |
| 03/25/2024 | Withdrawal Debit Card VISA CHECK CARD | -316.76 | | 8,129.95 |
| | STAYBRIDGE SUITES - CI WEST CHESTER OH | | | |
| 03/25/2024 | Withdrawal Bill Payment #365442 | -12.00 | | 8,117.95 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/25/2024 | Withdrawal Debit Card VISA CHECK CARD | -86.53 | | 8,031.42 |
| | CIRCLE K # 03641 OOLTEWAH TN | | | |
| 03/25/2024 | Withdrawal Bill Payment #807784 | -12.00 | | 8,019.42 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/25/2024 | Draft 1077 | -1,455.00 | | 6,564.42 |
| | OnUs Draft | | | |
| 03/25/2024 | Withdrawal Debit Card VISA CHECK CARD | -881.67 | | 5,682.75 |
| | SQ *SUITES AT FISHERMEN'S SQUARE PURCHASE | | | |
| 03/25/2024 | Draft 1076 | -710.00 | | 4,972.75 |
| 03/26/2024 | Withdrawal NSF FEE 1063 | -15.00 | | 4,957.75 |
| | In the amount $12,450.00. | | | |
| 03/26/2024 | Draft 1073 | -700.00 | | 4,257.75 |
| 03/26/2024 | Withdrawal Debit Card VISA CHECK CARD | -102.76 | | 4,154.99 |
| | EXXON FAST TRACK #404 JASPER FL | | | |
| 03/26/2024 | Withdrawal Debit Card VISA CHECK CARD | -479.00 | | 3,675.99 |
| | JOBNIMBUS.COM 801-361-8008 UT | | | |
| 03/26/2024 | Draft 1068 | -658.00 | | 3,017.99 |
| 03/26/2024 | Draft 1071 | -525.00 | | 2,492.99 |
| 03/27/2024 | Deposit Transfer | | 2,000.00 | 4,492.99 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home | | | |
| | Banking[13332936] | | | |
| 03/27/2024 | Withdrawal Debit Card VISA CHECK CARD | -151.25 | | 4,341.74 |
| | HAMPTON INNS 423-7645107 TN | | | |
| 03/27/2024 | Withdrawal Debit Card VISA CHECK CARD | -500.00 | | 3,841.74 |
| | ZEL*JODI ALDRICH Visa Direct AZ | | | |
| 03/27/2024 | Withdrawal Debit Card VISA CHECK CARD | -169.98 | | 3,671.76 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/27/2024 | Withdrawal Bill Payment #581366 | -12.00 | | 3,659.76 |
| | ROOFR INC. ROOFR.COM CA | | | |
| 03/27/2024 | Withdrawal Debit Card VISA CHECK CARD | -104.92 | | 3,554.84 |
| | RACETRAC 95 PORT CHARLOTT FL | | | |
| 03/27/2024 | Draft 1069 | -600.00 | | 2,954.84 |
| 03/28/2024 | Deposit Transfer | | 2,000.00 | 4,954.84 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home | | | |
| | Banking[13343536] | | | |
| 03/28/2024 | Withdrawal | -25.00 | | 4,929.84 |
| | WIRE FEE | | | |
| 03/28/2024 | Withdrawal Wire 0000044747 | -1,478.00 | | 3,451.84 |
| 03/28/2024 | Deposit Transfer | | 1,000.00 | 4,451.84 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home | | | |
| | Banking[13346268] | | | |
| 03/28/2024 | Recurring Withdrawal Bill Payment #755870 | -2.99 | | 4,448.85 |
| | APPLE COM BILL CUPERTINO CA | | | |
| 03/28/2024 | Withdrawal Debit Card VISA CHECK CARD | -94.70 | | 4,354.15 |
| | PMT*FL LICENSE T 18500 PORT CHARLOTT FL | | | |
| 03/28/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -900.32 | | 3,453.83 |



## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|------|------------------------|-----------:|--------:|--------:|
| | FACEBK 3S3DLYTRA2 650-5434800 CA | | | |
| 03/28/2024 | Withdrawal Debit Card VISA CHECK CARD | -54.20 | | 3,399.63 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/28/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -500.00 | | 2,899.63 |
| | Google ADS6214060339 650-2530000 CA | | | |
| 03/28/2024 | Withdrawal Debit Card VISA CHECK CARD | -254.04 | | 2,645.59 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/28/2024 | Recurring Withdrawal Debit Card VISA CHECK CARD | -5.00 | | 2,640.59 |
| | ROCKETLAW 877-757-1550 WWW.ROCKETLAW CA | | | |
| 03/28/2024 | Deposit Transfer | | 1,000.00 | 3,640.59 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13349569] | | | |
| 03/29/2024 | Deposit ACH ERIE CONSTRUCTIO | | 7,338.00 | 10,978.59 |
| | TYPE: PAYABLES ID: 9789997001 CO: ERIE CONSTRUCTIO | | | |
| 03/29/2024 | Withdrawal ACH OHIO BWC | -1,359.50 | | 9,619.09 |
| | TYPE: PAYMENT ID: 3311334187 DATA: OHIO BWC PREMIUM CO: OHIO BWC | | | |
| 03/29/2024 | Draft 1084 | -875.00 | | 8,744.09 |
| | OnUs Draft | | | |
| 03/29/2024 | Withdrawal Transfer | -1,165.00 | | 7,579.09 |
| | To CAMPANARO,JACOB XXXXXXXXXX Share 0050 Home Banking[13365257] | | | |
| 03/29/2024 | Withdrawal Debit Card VISA CHECK CARD | -22.30 | | 7,556.79 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/29/2024 | Withdrawal Bill Payment #713807 | -227.36 | | 7,329.43 |
| | SP GREAT LAKES RENTAL 989-6277470 MI | | | |
| 03/29/2024 | Draft 1087 | -682.00 | | 6,647.43 |
| | OnUs Draft | | | |
| 03/29/2024 | Draft 1085 | -1,271.00 | | 5,376.43 |
| | OnUs Draft | | | |
| 03/29/2024 | Deposit ACH MerchPayout SV96 | | 29,950.00 | 35,326.43 |
| | TYPE: 8662240369 ID: 1043575881 DATA: 2632775671520 CO: MerchPayout SV96 | | | |
| 03/29/2024 | Draft 1088 | -620.00 | | 34,706.43 |
| | OnUs Draft | | | |
| 03/29/2024 | Draft 1070 | -550.00 | | 34,156.43 |
| 03/30/2024 | Withdrawal Transfer | -2,500.00 | | 31,656.43 |
| | To CAMPANARO,JACOB XXXXXXXXXX Share 0050 Home Banking[13372828] | | | |
| 03/30/2024 | Withdrawal Debit Card VISA CHECK CARD | -100.00 | | 31,556.43 |
| | WAWA 5139 5702 W WATERS AVE TAMPA FL | | | |
| 03/30/2024 | Withdrawal Transfer Payroll | -2,500.00 | | 29,056.43 |
| | To CAMPANARO,JACOB XXXXXXXXXX Share 0050 | | | |
| 03/30/2024 | Withdrawal Transfer | -2,500.00 | | 26,556.43 |
| | To CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13373493] | | | |
| 03/30/2024 | Withdrawal Transfer To Share 0051 | -2,500.00 | | 24,056.43 |
| | Payroll | | | |
| 03/30/2024 | Deposit Transfer | | 2,500.00 | 26,556.43 |
| | From CAMARGO,MATTHEW XXXXXXXXXX Share 0050 Home Banking[13373609] | | | |
| 03/30/2024 | Deposit Transfer From Share 0051 | | 2,500.00 | 29,056.43 |
| | Home Banking[13373611] | | | |
| 03/30/2024 | Withdrawal Transfer | -2,500.00 | | 26,556.43 |
| | To CAMPANARO,JACOB XXXXXXXXXX Share 0050 Home Banking[13373882] | | | |
| 03/30/2024 | Withdrawal POS #668701 | -76.77 | | 26,479.66 |
| | THE HOME DEPOT #6332 70 NORTH SUNCOAST BLVD CRYSTAL RIVER FL | | | |
| 03/31/2024 | Withdrawal Debit Card VISA CHECK CARD | -58.88 | | 26,420.78 |



## ID 0050 - BUSINESS CHECKING (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | JP Travel 2781 Georgia 16 US Jackson GA | | | |
| 03/31/2024 | Recurring Withdrawal Bill Payment #362366 | -829.60 | | 25,591.18 |
| | ATT* BILL PAYMENT 800-331-0500 TX | | | |
| 03/31/2024 | Withdrawal Debit Card VISA CHECK CARD | -235.15 | | 25,356.03 |
| | MENARDS DAVISON MI 715-876-6378 MI | | | |
| 03/31/2024 | Withdrawal Debit Card VISA CHECK CARD | -140.13 | | 25,215.90 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/31/2024 | Withdrawal Debit Card VISA CHECK CARD | -328.36 | | 24,887.54 |
| | THE HOME DEPOT #2741 FENTON MI | | | |
| 03/31/2024 | Withdrawal Debit Card VISA CHECK CARD | -660.00 | | 24,227.54 |
| | Quinstreet 650-578-7731 CA | | | |
| 03/31/2024 | Withdrawal Debit Card VISA CHECK CARD | -884.58 | | 23,342.96 |
| | EXPEDIA 72793921746672 EXPEDIA.COM WA | | | |
| 03/31/2024 | Deposit Dividend | | 0.87 | 23,343.83 |
| | Annual Percentage Yield Earned 0.060% from 01/02/2024 | | | |
| | through 03/31/2024 | | | |
| **03/31/2024** | **Ending Balance** | | | **23,343.83** |
| | 202 Withdrawal(s) = -204,687.04  35 Deposit(s) = 228,123.13 | | | |

### Draft Summary

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 52 | 03/04 | 1,522.20 | 1062* | 03/15 | 700.00 | 1076 | 03/25 | 710.00 |
| 103* | 03/05 | 2,527.51 | 1065* | 03/22 | 2,500.00 | 1077 | 03/25 | 1,455.00 |
| 103* | 03/18 | 598.21 | 1067* | 03/25 | 3,000.00 | 1078 | 03/25 | 217.00 |
| 1028* | 03/21 | 1,350.00 | 1068 | 03/26 | 658.00 | 1083* | 03/23 | 10,000.00 |
| 1032* | 03/06 | 1,000.00 | 1069 | 03/27 | 600.00 | 1084 | 03/29 | 875.00 |
| 1053* | 03/06 | 1,450.00 | 1070 | 03/29 | 550.00 | 1085 | 03/29 | 1,271.00 |
| 1054 | 03/21 | 10,662.48 | 1071 | 03/26 | 525.00 | 1087* | 03/29 | 682.00 |
| 1056* | 03/22 | 4,000.00 | 1073* | 03/26 | 700.00 | 1088 | 03/29 | 620.00 |
| 1059* | 03/11 | 700.00 | 1074 | 03/22 | 830.00 | | | |
| 1060 | 03/18 | 828.54 | 1075 | 03/22 | 913.00 | | | |

\* next to number indicates skipped numbers

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 105.00 |
| Total Returned Item Fees | 135.00 | 315.00 |

## ID 0051 - PAYROLL BUSINESS CHECKING                              Dividends Paid YTD: 0.00

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| **03/01/2024** | **Balance Forward** | | | **0.00** |
| 03/30/2024 | Deposit Transfer From Share 0050 | | 2,500.00 | 2,500.00 |
| | Payroll | | | |
| 03/30/2024 | Withdrawal Transfer To Share 0050 | -2,500.00 | | 0.00 |
| | Home Banking[13373611] | | | |
| **03/31/2024** | **Ending Balance** | | | **0.00** |
| | 1 Withdrawal(s) = -2,500.00  1 Deposit(s) = 2,500.00 | | | |

## YEAR-TO-DATE SUMMARY

| | | |
|---|---|---|
| Dividends Paid | 0.90 | |
| Total Interest Paid | 0.00 | |