UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

ELITE ROOF GROUP, LLC.        Case No. 23-31987
                              Chapter 11 proceeding

    Debtor.                   Judge: Joel D. Applebaum
_____/

## BALLOT SUMMARY REPORT

1. On March 14, 2024, Elite Roof Group filed its Plan of Reorganization of Debtors Under Subchapter V of Chapter 11 of the Bankruptcy Code at Docket No. 62.

2. Pursuant to the Order Establishing Deadlines and Procedures in the Case of a Small Business Debtor who has Elected to have Subchapter V of Chapter 11 Apply (Docket No. 31), all ballots and objections to confirmation of the Plan were due by April 12, 2024.

3. The Debtor received 4 ballots.

4. The Debtors are required to submit to the court a Ballot Summary indicating the ballot count under LBR 3018-1 and 11 USC §1126(c)-(d). The votes cast are as follows (while Morningside has filed two claims and two ballots Elite is not waiving any objection to that bifurcation in this summary):

| Class of Creditor | Name of Creditor | Amount | Vote |
|---|---|---|---|
| Class 1 | American Builders & Contractors | $1,300,000.00 | Accepts the Pan |

|         | Supply Co |              |                 |
|---------|-----------|--------------|-----------------|
| Class 1 | Joshua Shonts | $85,000 | Accepts the Plan |
| Class 1 | Morningside Maiden Lane, LLC | $443,305.68 | Rejects the Plan |
| Class 1 | Morningside 1100 Contractors, LLC | $456,069.25 | Rejects the Plan |

5. Attached as Exhibit A are copies of the ballots.

6. The Debtor respectfully submits this Summary of Ballot Report as required by LBR 3018-1.

Respectfully Submitted,

Simen, Figura & Parker, P.L.C.
Attorneys for Debtor

Dated: April 19, 2024

/s/ Peter T. Mooney
Peter T. Mooney (P47012)
5206 Gateway Centre Ste 200
Flint, MI 48507
pmooney@sfplaw.com