**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

Elite Roof Group, LLC                              Case No: 23-31987
                                                   Chapter 11
                    Debtor(s)                      Honorable Joel D. Applebaum

**CLASS 1 BALLOT FOR ACCEPTING OR REJECTING PLAN OF**
**REORGANIZATION**

Elite Roof Group LLC filed a plan of reorganization dated March 14, 2024, (the "Plan") for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. This plan includes a provision seeking a consensual injection/release of Elite's principal, Matthew Camargo, and his spouse, Veronica Campananero. An acceptance indicates approval of such injunction/release.

If your ballot is not received by Simen, Figura & Parker, PLC, on or before April 12, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

[✓] ACCEPTS THE PLAN  [  ] REJECTS THE PLAN

Signature  *Max Newman*

American Builders & Contractors Supply Co

By:  Max Newman, its attorney

Printed Name

Dated:  April 12, 2024

Return this Ballot to:

Peter T. Mooney (P47012)
5206 Gateway Centre Ste. 200
Flint, MI 48507
(810) 235-9000
pmooney@sfplaw.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

Elite Roof Group, LLC

Case No: 23-31987
Chapter 11

Debtor(s)

Honorable Joel D. Applebaum

## CLASS 1 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Elite Roof Group LLC filed a plan of reorganization dated March 14, 2024, (the "Plan") for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. This plan includes a provision seeking a consensual injection/release of Elite's principal, Matthew Camargo, and his spouse, Veronica Campananero. An acceptance indicates approval of such injunction/release.

If your ballot is not received by Simen, Figura & Parker, PLC, on or before April 12, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

[X] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

*Joshua Shorts*

Signature

*Leo J Foley Jr*
*Attorney for creditor Joshua Shorts*
Printed Name

Dated: 4/12/2024

Return this Ballot to:

Peter T. Mooney (P47012)
5206 Gateway Centre Ste. 200
Flint, MI 48507
(810) 235-9000
pmooney@sfplaw.com

In Re:

Elite Roof Group, LLC

            Debtor(s)

Case No: 23-31987
Chapter 11
Honorable Joel D. Applebaum

## CLASS 1 BALLOT FOR ACCEPTING OR REJECTING PLAN OF
## REORGANIZATION - MORNINGSIDE MAIDEN LANE, LLC

Elite Roof Group LLC filed a plan of reorganization dated March 14, 2024, (the "Plan") for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. This plan includes a provision seeking a consensual injection/release of Elite's principal, Matthew Camargo, and his spouse, Veronica Campananero. An acceptance indicates approval of such injunction/release.

If your ballot is not received by Simen, Figura & Parker, PLC, on or before April 12, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

**MORNINGSIDE MAIDEN LANE, LLC**

[  ] ACCEPTS THE PLAN  [x] REJECTS THE PLAN

Signature:
Morningside Maiden Lane, LLC

Ronald S. Mucha, Authorized Signatory
Printed Name and Title

Dated: ___April 10___, 2024

Return this Ballot to:

Peter T. Mooney (P47012)
5206 Gateway Centre Ste. 200
Flint, MI 48507
(810) 235-9000
pmooney@sfplaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

Elite Roof Group, LLC

Case No: 23-31987

Chapter 11

Debtor(s)

Honorable Joel D. Applebaum

## CLASS 1 BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION - MORNINGSIDE 1100 CONTRACTORS, LLC

Elite Roof Group LLC filed a plan of reorganization dated March 14, 2024, (the "Plan") for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. This plan includes a provision seeking a consensual injection/release of Elite's principal, Matthew Camargo, and his spouse, Veronica Campananero. An acceptance indicates approval of such injunction/release.

If your ballot is not received by Simen, Figura & Parker, PLC, on or before April 12, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

**MORNINGSIDE 1100 CONSTRUCTORS, LLC**

[  ] ACCEPTS THE PLAN  [x] REJECTS THE PLAN

Signature:
Morningside 1100 Constructors, LLC

Ronald S. Mucha, Authorized Signatory
Printed Name and Title

Dated: __April 10__, 2024

Return this Ballot to:

Peter T. Mooney (P47012)
5206 Gateway Centre Ste. 200
Flint, MI 48507
(810) 235-9000
pmooney@sfplaw.com